**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

DEUTSCHE BANK TRUST COMPANY
AMERICAS,

    Plaintiff,

v.                                                  Case No: 8:15-cv-2919-T-30EAJ

THOMAS C. FORD, ELIZABETH L.
SCHOENING, HERITAGE BANK OF
FLORIDA, STATE OF FLORIDA
DEPARTMENT OF REVENUE, CLERK
OF COURTS MANATEE COUNTY
FLORIDA and BAY LAKE ESTATES
ASSOCIATION INC,

    Defendants.

**ORDER**

THIS CAUSE is before the Court on the Motion to Quash Service and Vacate Default Judgment (Dkt. 6), filed by Defendant FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for HERITAGE BANK OF FLORIDA. This action was initially filed in state court, where a clerk's default was entered against Heritage Bank of Florida. FDIC removed to this Court, and the parties now agree that the clerk's default should be vacated because Plaintiff's service on FDIC did not comply with applicable regulations. Upon review and consideration, it is

    ORDERED AND ADJUDGED that:

1. Defendant FEDERAL DEPOSIT INSURANCE CORPORATION's Unopposed Motion to Quash Service and Vacate Default (Dkt. #6) is GRANTED.

2. The Default entered against Heritage Bank of Florida by the Manatee County Clerk of Court on October 26, 2015 (Dkt. #1-2 at p. 58) is VACATED.

3. Defendant FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for HERITAGE BANK OF FLORIDA, is directed to file an answer to the Complaint (Dkt. #2) within twenty (20) days of the date of this Order.

**DONE** and **ORDERED** in Tampa, Florida, this 6th day of January, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2015\15-cv-2919 quash FDIC 6.docx